Dorothy M. Weber, Esq. (DW 4734)
Kyle D.N. Fogden, Esq. (KF 3043)
SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Attorneys for Plaintiff PATTONIUM, INC.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATTONIUM, INC.

    Plaintiff,

 -against-

J & D ASSOCIATES, LLC,
NORTH AMERICAN CONCERTS, CORP.

    Defendants.
------------------------------------------------------------X

07 CIV ___ (__)

RULE 7.1
STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PATTONIUM, INC. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

       NONE

Dated: New York, New York
   July 3, 2007

          SHUKAT ARROW HAFER WEBER
          & HERBSMAN, LLP

          By: /s/ Dorothy M. Weber
          Dorothy M. Weber (DW 4734)
          Kyle D.N. Fogden, Esq. (KF 3043)
          Attorneys for the Plaintiff, Pattonium, Inc.
          111 West 57th Street, Suite 1120
          New York, New York 10019
          (212) 245-4580