# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07 CIV 6204                                              Date Filed: _____

Plaintiff:
**Pattonium, Inc.,**

vs.

Defendant:
**J & D Associates, LLC, North American Concerts, Corp.**

For:
Kyle D.N. Fogden
Shukat Arrow Hafer
111 West 57th Street
New York, NY  10019

Received by NOLAN PROCESS SERVERS, LLC on the 7th day of July, 2007 at 11:06 am to be served on **Florida Secretary Of State, 2663 Executive Center Circle, Tallahassee, FL**.

I, Michael C. Nolan, do hereby affirm that on the **9th day of July, 2007** at **1:00 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **Summons, Complaint, Judges' Rules and ECF Documents** with the date and hour of service endorsed thereon by me, to: **Yvette McGhee** as **Senior Clerk**, who stated they are authorized to accept service for: **Florida Secretary Of State** at the address of: **2663 Executive Center Circle, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Michael C. Nolan
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL  32309
(850) 562-6058

Our Job Serial Number: 2007004133

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PATTONIUM, INC.

V.

J & D ASSOCIATES, LLC, NORTH AMERICAN CONCERTS, CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6204**

**JUDGE CASTEL**

Date 7-9-07 Served Time _____
MICHAEL C. NOLAN, NO. 111
is a certified process server
in the Circuit and County Courts
in and for the Second Judicial Circuit

TO: (Name and address of Defendant)

North American Concerts, Corp.
10816 Belmont Drive
New Port Richey, Florida 34654

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shukat Arrow Hafer Weber & Herbsman LLP
111 West 57th Street, Suite 1120
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 3 2007

CLERK _Marcos Quintero_   DATE

(By) DEPUTY CLERK