%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

PATTONIUM, INC.

V.

J & D ASSOCIATES, LLC, NORTH AMERICAN
CONCERTS, CORP.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CIV 6204**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

J & D Associates, LLC
34561 Fontana Drive
Sterling Heights, Michigan 48312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shukat Arrow Hafer Weber & Herbsman LLP
111 West 57th Street, Suite 1120
New York, NY 10019

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JUL 0 3 2007

CLERK  _Marios Quintero_

_____                    DATE
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-9-07 | |
| NAME OF SERVER *(PRINT)* ARIO E. EARGOOD | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Served the State o Mich Department of Labor & Economic growth - BCS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): person accepting Documents Sue hench at 11:35 AM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/9/07
       *Date*

*Signature of Server*

4811 Lyncott DR
*Address of Server*
Lansing, MI —

Subscribed + sworn to me this 10th day of July 2007. State of Michigan, County of Ingham.

Notary Public
my commission expires 2/6/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.