SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Attorneys for Plaintiff PATTONIUM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATTONIUM, INC.                                                              07 CIV 6204 (PKC)
                                                            :

                         Plaintiff,                         :
        -against-                                                            **CERTIFICATE**
                                                            :                **OF SERVICE**

J & D ASSOCIATES, LLC,                                      :
NORTH AMERICAN CONCERTS, CORP.,
EDWARD MORELLI,                                             :
NORTH AMERICAN CONCERTS, INC.
                                                            :
                         Defendants.
-----------------------------------------------------------------X

        I hereby certify under penalty of perjury that a true and correct copy of the foregoing Amended Complaint was served upon the Defendant J & D Associates, LLC by certified mail, return receipt requested, to the registered agent of the Defendant, David Underwood, on August 18, 2007. A copy of the return receipt, signed by Mr. Underwood, is attached hereto.

Dated: New York, New York
       August 21, 2007

                                                SHUKAT ARROW HAFER WEBER
                                                & HERBSMAN, LLP

                                                By: _____
                                                Kyle D.N. Fogden, Esq. (KF 3043)
                                                Attorneys for the Plaintiff, Pattonium, Inc.
                                                111 West 57th Street, Suite 1120
                                                New York, New York 10019
                                                (212) 245-4580



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X David Underwood   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   8-18-07 |
| 1. Article Addressed to:<br>David Underwood<br>34561 Fontana Drive<br>Sterling Heights, MI<br>48321 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)  7006 3450 0002 8503 0070 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
ROYAL OAK MI 480

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dorothy M. Weber, Esq
Shukat Arrow Hafer Weber & Herbsman, LLP
Attorneys at Law
111 West 57th Street Suite 1120
New York, New York 10019