%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PATTONIUM, INC.

**SUMMONS IN A CIVIL ACTION**

V.

J & D ASSOCIATES, LLC,
NORTH AMERICAN CONCERTS, CORP.,
EDWARD MORELLI,
NORTH AMERICAN CONCERTS, INC.

CASE NUMBER: 07 CIV 6204 (PKC)

TO: (Name and address of Defendant)

North American Concerts, Inc.
7212 U.S. Highway 19, Suite #3
New Port Richey, Florida 34652

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shukat Arrow Hafer Weber & Herbsman LLP
111 West 57th Street, Suite 1120
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 0 3 2007

CLERK

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/20/07 |
| NAME OF SERVER (PRINT) SHELAGH ROBERTS | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATE R/A    OFFICE MANAGER SUSAN BRUSH 2155 GRAND BLVD, NEW PORT RICHEY FL 34690

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/20/07        *Shelagh Roberts*
                Date         Signature of Server

CLEARWATER, FL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.