**MEMO ENDORSED**

# SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
ATTORNEYS AT LAW
111 WEST 57TH STREET
NEW YORK, NEW YORK 10019

ALLEN H. ARROW*
PETER S. SHUKAT
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN

JASON A. FINESTONE
KYLE D.N. FOGDEN

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

*ALSO MEMBER CALIFORNIA BAR
WRITER'S E-MAIL:
dorothy@musiclaw.com

August 23, 2007

<u>VIA FACSIMILE</u>: (212) 805-7949
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St., Room 2260
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

Re:  Pattonium, Inc. v. J&D Associates, LLC, North American
Concerts, Corp., Edward Morelli, North American Concerts, Inc.
(Index No. 07 CIV 6204 (PKC))

Dear Judge Castel:

We are the attorneys for the Plaintiff in the above-captioned action. Permission to deliver this letter by facsimile was obtained from Your Honor's Law Clerk on August 20, 2007.

Pursuant to the Court's Order dated August 15, 2007, we are writing with respect to the amendment of our client's Amended Complaint, to specifically allege the citizenship of the members of the Defendant, J&D Associates, LLC ("J&D").

We respectfully request the Court's direction regarding the filing of the Second Amended Complaint, which is annexed hereto. The only change to the Amended Complaint is in paragraph 2, which sets forth the citizenship of both of the members of the LLC.

Since the Complaint had previously been amended pursuant to Federal Rule of Civil Procedure 15(a), this second amendment requires leave of the Court or consent of the parties. All of the Defendants have been served with the Amended Complaint, but no Answer has been interposed. We have not

SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

The Honorable P. Kevin Castel
August 23, 2007
Page 2 of 2

been able to obtain consent from the Defendants, who have refused, or from J&D's Michigan counsel, who states that they are not representing J&D in New York.

In the event that the Order of August 15, 2007 does not constitute leave to make this amendment, we respectfully request that this letter be considered as Plaintiff's compliance with Rule 2.A.1 of Your Honor's Individual Practices. We request a pre-motion conference so that Plaintiff can move to amend the Complaint pursuant to Rule 15(a). Plaintiff submits that such a motion is appropriate since leave to amend should be freely given when justice so requires (Fed. Rule Civ. Proc. 15(a), Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227), particularly where, as here, it is at the inception of the litigation.

*[Handwritten note: Premotion conference waived. Leave to amend is granted. Second Amended Complaint may be filed. SO ORDERED. /s/ USDJ 8-30-07]*

Respectfully submitted,

SHUKAT, ARROW, HAFER, WEBER & HERBSMAN, LLP

Dorothy M. Weber

Enclosure

cc:   J&D Associates, LLC (via first-class mail)
      Vanessa Miller, Folely & Lardner LLP (via facsimile)
      North American Concerts, Corp. (via facsimile & first-class mail)
      Edward Morelli (via facsimile & first-class mail)
      North American Concerts, Inc. (via first-class mail)