SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY  10019
Attorneys for Plaintiff PATTONIUM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PATTONIUM, INC.                                              07 CIV 6204 (PKC)

         Plaintiff,

  -against-                                                              **CERTIFICATE**
                                                                                 **OF SERVICE**

J & D ASSOCIATES, LLC,
NORTH AMERICAN CONCERTS, CORP.,
EDWARD MORELLI,
NORTH AMERICAN CONCERTS, INC.

         Defendants.
-------------------------------------------------------------------------X

     I hereby certify under penalty of perjury that a true and correct copy of the foregoing Second Amended Complaint was served upon the Defendant J & D Associates, LLC by certified mail, return receipt requested, to the registered agent of the Defendant, David Underwood, on September 8, 2007. A copy of the return receipt, signed by Mr. Underwood, is attached hereto.

Dated: New York, New York
          September 13, 2007

                                              SHUKAT ARROW HAFER WEBER
                                              & HERBSMAN, LLP

                                              By: _____
                                              Kyle D.N. Fogden, Esq. (KF 3043)
                                              Attorneys for the Plaintiff, Pattonium, Inc.
                                              111 West 57th Street, Suite 1120
                                              New York, New York 10019
                                              (212) 245-4580

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 9-8-07 |
| 1. Article Addressed to:<br><br>Mr. David Underwood<br>34561 Fortana Drive<br>Sterling Heights, MI<br>48312 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0002 8503 0087 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-15