SHUKAT ARROW HAFER WEBER
  & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Attorneys for Plaintiff PATTONIUM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PATTONIUM, INC.                                               :     07 CIV 6204 (PKC)
                                                              :
            Plaintiff,                                        :
                                                              :
      -against-                                               :     **CERTIFICATE**
                                                              :     **OF SERVICE**
                                                              :
J & D ASSOCIATES, LLC,                                        :
NORTH AMERICAN CONCERTS, CORP.,                               :
EDWARD MORELLI,                                               :
NORTH AMERICAN CONCERTS, INC.                                 :
                                                              :
            Defendants.                                       :
----------------------------------------------------------------X

    I hereby certify under penalty of perjury that, on September 5, 2007, I caused a true and correct copy of the foregoing Second Amended Complaint to be served upon the Defendant Edward Morelli by causing the foregoing to be deposited in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to Edward Morelli, 10816 Belmont Drive, New Port Richey, FL 34654.

Dated: New York, New York
       October 2, 2007

                                          SHUKAT ARROW HAFER WEBER
                                          & HERBSMAN, LLP

                                          By: _____
                                          Kyle D.N. Fogden, Esq. (KF 3043)
                                          Attorneys for the Plaintiff, Pattonium, Inc.
                                          111 West 57th Street, Suite 1120
                                          New York, New York 10019
                                          (212) 245-4580