SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Attorneys for Plaintiff PATTONIUM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATTONIUM, INC.                                                     07 CIV 6204 (PKC)

         Plaintiff,

  -against-                                                      **CERTIFICATE
                                                                    OF SERVICE**

J & D ASSOCIATES, LLC,
NORTH AMERICAN CONCERTS, CORP.,
EDWARD MORELLI,
NORTH AMERICAN CONCERTS, INC.

         Defendants.
------------------------------------------------------------------X

    I hereby certify under penalty of perjury that, on September 5, 2007, I caused a true and correct copy of the foregoing Second Amended Complaint to be served upon the Defendant North American Concerts, Corp. by causing the foregoing to be deposited in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to North American Concerts, Corp., 10816 Belmont Drive, New Port Richey, FL 34654.

Dated: New York, New York
       October 2, 2007

                                        SHUKAT ARROW HAFER WEBER
                                        & HERBSMAN, LLP

                                        By: _____
                                        Kyle D.N. Fogden, Esq. (KF 3043)
                                        Attorneys for the Plaintiff, Pattonium, Inc.
                                        111 West 57th Street, Suite 1120
                                        New York, New York 10019
                                        (212) 245-4580