SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Attorneys for Plaintiff PATTONIUM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATTONIUM, INC.                                              :        07 CIV 6204 (PKC)

       Plaintiff,                                              :

   -against-                                                   :        **CERTIFICATE**
                                                             :        **OF SERVICE**

J & D ASSOCIATES, LLC,                                       :
NORTH AMERICAN CONCERTS, CORP.,
EDWARD MORELLI,                                              :
NORTH AMERICAN CONCERTS, INC.
                                                             :
       Defendants.
------------------------------------------------------------------X

    I hereby certify under penalty of perjury that a true and correct copy of the Memorandum and Order of Judge P. Kevin Castel dated October 2, 2007 was served upon the Defendant J & D Associates, LLC by certified mail, return receipt requested, to the registered agent of the Defendant, David Underwood, on October 2, 2007.

Dated: New York, New York
       October 2, 2007

                                                        SHUKAT ARROW HAFER WEBER
                                                        & HERBSMAN, LLP

                                                         By: _____
                                                         Dorothy M. Weber
                                                         Attorneys for the Plaintiff, Pattonium, Inc.
                                                         111 West 57th Street, Suite 1120
                                                        New York, New York 10019
                                                        (212) 245-4580