SHUKAT, ARROW, HAFER, WEBER & HERBSMAN, L.L.P.
Dorothy M. Weber (DMW 4734)
111 West 57th Street
Suite 1120
New York, New York 10019
212-245-4580
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

PATTONIUM, INC.,

      Plaintiff,

  -against-

J&D ASSOCIATES, LLC, NORTH AMERICAN
CONCERTS CORP., EDWARD MORELLI, NORTH
AMERICAN CONCERTS, INC.

      Defendants.
------------------------------------------------X

07 CIV 6204 (PKC)

STIPULATION OF
DISCONTINUANCE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Pattonium, Inc., by and through its undersigned counsel, hereby stipulates that the action is discontinued, with prejudice solely as against Defendant J & D Associates, LLC and without costs of attorney fees to plaintiff or J & D Associates, LLC.

Dated:    New York, New York
           November 2, 2007

Shukat, Arrow, Hafer, Weber
& Herbsman, L.L.P.

By: _____
DOROTHY M. WEBER (DMW4734)
Attorneys for Plaintiff
111 West 57th Street
New York, NY 10019
(212) 245-4580

SO ORDERED: _____
P. KEVIN CASTEL, U.S.D.J.
11-6-07